# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

In Re: Debtor(s) (name(s) and address)  )
Marmora Cafe at City Station, LLC  )
)
45−2949347  )Case Number: 13−11869−1−rel
1521 6th Avenue  )
Troy, NY 12180  )
)
)
)
)
)Chapter: 7
)

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Christian H. Dribusch−Trustee is discharged as trustee of the estate of the above named debtor(s), and the bond is cancelled.

The case of the above named debtor(s) is closed.

Albany, NY
DATED: 1/28/14

*BY THE COURT*

Robert E. Littlefield Jr.
Chief U.S. Bankruptcy Judge